IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: May 8, 2025 |
| KYSEM HUMPHREY | : | VIOLATION:<br>18 U.S.C. § 922(o) (possession of a machinegun – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 17, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KYSEM HUMPHREY**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a brown 9mm pistol with no serial number, equipped with a machinegun conversion device, designed to enable a firearm to shoot automatically without manual reloading, by a single function of the trigger; and an extended magazine loaded with 24 live rounds of ammunition.

In violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(o), set forth in this indictment, defendant

**KYSEM HUMPHREY**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violation, including, but not limited to:

1. a brown 9 mm pistol with no serial number, equipped with a machinegun conversion device; and

2. an extended magazine loaded with 24 live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████████

*[signature]*

**DAVID METCALF**
**United States Attorney**

2

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KYSEM HUMPHREY

INDICTMENT

18 U.S.C. § 922(o) (possession of a machine gun - 1 count)



Bail, $_____