IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KYSEM HUMPHREY | : | NO. 25-198 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAYQUAN JETT | : | NO. 25-199 |

ORDER

AND NOW, this 1st day of July 2025, for the reasons stated in the forgoing Memorandum, it is hereby ORDERED that the motion of the Government for Joinder Pursuant to Rule 8(b) of the Federal Rules of Criminal Procedure (Doc. # 15, Crim. A. No. 25-198; Doc. # 20, Crim. A. No. 25-199) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.