IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KYSEM HUMPHREY | : | NO. 25-198 |

ORDER

AND NOW, this 1st of October 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Defendant Kysem Humphrey to suppress evidence (Doc. #23), including the firearm seized from his person, is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.